Form 17-1

**Form 17**

### UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| United States Steel Corp.<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>United States<br><br>　　　　　　　　　　Defendant. | Court No.　　14-263 |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

__Luke A. Meisner_____ certifies that

1. I am

    ☑ an attorney at the law firm of _Schagrin Associates_____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

    ☐ a consultant employed by _____.

2. I represent, or am retained by or on behalf of

    ☑ a party to this action,

    ☐ an interested party that has filed a motion to intervene in this action, which is identified below:
    _____.

3. I was

    ☐ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

    ☑ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|---|---|---|
| GVN Fuels Limited, | Lizbeth R. Levinson | 6/15/2018 |
| Maharashtra Seamless Limited | Lizbeth R. Levinson | 6/15/2018 |
| Jindal Pipes Limited | Lizbeth R. Levinson | 6/15/2018 |
| Maverick Tube Corporation | Alan Price | 6/15/2018 |
| United States | Justin Miller | 6/15/2018 |
| Multiple | Roger B. Schagrin | 6/15/2018 |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

   [✓] (for attorneys) not involved in competitive decision making for the interested party I represent.

   [ ] (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Luke A. Meisner
[Attorney or consultant]

900 Seventh Street NW, Suite 500

Washington, DC 20001

(202) 223-1700
[Address and Telephone Number]

Date: 6/19/2018